## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

UNIVERSITY OF TENNESSEE RESEARCH
FOUNDATION AND SAINT MATTHEW
RESEARCH, LLC,

*Plaintiffs,*

v.

MICROSOFT CORPORATION,

*Defendant.*

*Civil Action No. 3:17-cv-00184-HSM-CCS*

**JURY TRIAL DEMANDED**

## DEFENDANT MICROSOFT CORPORATION'S
## CERTIFICATE OF CORPORATE INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Microsoft Corporation, by and

through undersigned counsel, hereby discloses the following:

Microsoft Corporation has no parent corporation. No publicly held company owns more

than 10% of its outstanding stock.

1

Dated: August 31, 2017

/s/ Mark N. Reiter
GIBSON, DUNN & CRUTCHER LLP
Mark N. Reiter (admitted pro hac vice)
mreiter@gibsondunn.com
Michael A. Valek (admitted pro hac vice)
mvalek@gibsondunn.com
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Tel: (214) 698-3100
Fax: (214) 571-2900

GIBSON, DUNN & CRUTCHER LLP
Neema Jalali (admitted pro hac vice)
njalali@gibsondunn.com
555 Mission Street
San Francisco, CA 94105-0921
Tel: (415) 393-8200
Fax: (415) 393-8306

Respectfully Submitted,

PAINE BICKERS LLP
Matthew J. Evans (BPR #017973)
Lindsey M. Collins (BPR #033426)
900 South Gay Street, Suite 2200
Knoxville, TN 37902-1821
Tel: (865) 525-0880
Fax: (865) 521-744

*Attorneys for Defendant Microsoft Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ *Mark N. Reiter*
Mark N. Reiter