# Exhibit B

DBI305








# Developing and Managing a BI Semantic Model in Microsoft SQL Server 2012

Julie Strauss
Senior Program Manager Lead
Microsoft Corporation

Case 3:17-cv-00184-HSM-CCS   Document 31-3   Filed 09/21/17   Page 2 of 20   PageID #: 484



# Analysis Services Momentum

**Broad adoption**

"Customers in the Magic Quadrant survey report that their Microsoft average deployment sizes are now larger than any other vendor in the survey in terms of users."

"Use of OLAP functionality by Microsoft customers is more than double that for the rest of the survey respondents."

Source: Gartner Magic Quadrant for BI Platforms, 2011

**Large ecosystem**

"Wide availability of skills is among the top reasons customers select Microsoft over competing vendors."

Source: Gartner Magic Quadrant for BI Platforms, 2011

**Highest rated infrastructure and development tools**

"Microsoft customers rate its BI platform infrastructure and development tools among the highest compared to other vendors, and a higher percentage of customers use them extensively."

Source: Gartner Magic Quadrant for BI Platforms, 2011

Case 3:17-cv-00184-HSM-CCS   Document 31-3   Filed 09/21/17   Page 4 of 20   PageID #: 486

# Analysis Services with SQL Server 2012
*Introducing the BI Semantic Model*

- Build on the strengths
- Expand reach to a much broader user base

- Embrace the relational data model
- Well understood by developers and IT Pros



BI Semantic Model

- Bring together the relational and multidimensional models
- Under a single unified BI platform

- Provide flexibility
- Support the diverse needs of BI applications

Case 3:17-cv-00184-HSM-CCS   Document 31-3   Filed 09/21/17   Page 5 of 20   PageID #: 487

# The BI Semantic Model

## One Semantic Model for BI



- For reporting, analytics, scorecards, dashboards
- For all users – Personal BI, Team BI, Organizational BI
- One model for client tools, two ways to build it – tabular and multidimensional

## Three Investment Areas for Analysis Services in SQL Server 2012



- Version 2 of PowerPivot for Excel
- IT Pro Toolset for BI Professionals
- SQL Server Management Studio for IT Professionals


Case 3:17-cv-00184-HSM-CCS Document 31-3 Filed 09/21/17 Page 7 of 20 PageID #: 489

# Corporate BI Advantages

| | |
|---|---|
| Scalability | ⊙ Partitions, Direct Query |
| Manageability | ⊙ SSMS, AMO, PowerShell, SSIS Packages |
| Security | ⊙ Row level security |
| Development Tools | ⊙ Integrated source control, Team Build, Deployment wizard |

Case 3:17-cv-00184-HSM-CCS   Document 31-3   Filed 09/21/17   Page 8 of 20   PageID #: 490

# Design Tools

## PowerPivot for Excel

- Feels like Excel
- One file, Save to SharePoint
- Rapid response to business problems
- Solutions live for weeks or months
- Optimized for Excel power user

## BI Development Studio

- Feels like Visual Studio
- It's a project (business case, budget, dates)
- Optimized for BI Pros
- Larger data volumes
- Teams building BI solutions
- Deployment scripts, versions
- Source Control, TFS

←————————————————————————————→
Personal    Team    Corporate

Case 3:17-cv-00184-HSM-CCS   Document 31-3   Filed 09/21/17   Page 9 of 20   PageID #: 491



demo

Managing and Building Tabular Projects

# New BI Semantic Model Features

- Richer Models
  - KPIs
  - Descriptions
  - Persisted formatting
  - Advanced sorting
  - Distinct count
  - Drillthrough
  - Perspectives
  - Hierarchies
  - Multiple relationships
  - Parent child
- Optimized Usability
  - Diagram
  - Measure grid
  - Various usability enhancements
- Reporting Properties

*All features available in both PowerPivot and BIDS*

# New Pro Features

- Transition Across the BI Spectrum
  - Restore of PowerPivot models in SSMS
  - Import of PowerPivot models into BIDS projects
- New Tabular Projects in BIDS
  - DirectQuery
  - Security
  - Deployment
  - Data management: Partitioning
- Management of Tabular Databases in SSMS



Features specific to SSDT and SSMS

Case 3:17-cv-00184-HSM-CCS   Document 31-3   Filed 09/21/17   Page 12 of 20   PageID #: 494



# Related Content

- **Breakout Sessions:**
  - Enriching Your BI Semantic Tabular Models with DAX
  - Optimizing Your BI Semantic Model for Performance and Scale
  - BISM: Multidimensional vs. Tabular Speaker(s)

- **Product Demo Stations: Breakthrough Insights**

- **Find Me Later at the Expo Hall…**





# Resources

Connect. Share. Discuss.
http://northamerica.msteched.com

Microsoft Certification & Training Resources
www.microsoft.com/learning

Resources for IT Professionals
http://microsoft.com/technet

Resources for Developers
http://microsoft.com/msdn

# Complete an evaluation on CommNet and enter to win!





# Please Complete an Evaluation
## Your feedback is important!

Multiple ways to Evaluate Sessions





**Scan the Tag** to evaluate this session now on **myTechEd Mobile**




Case 3:17-cv-00184-HSM-CCS   Document 31-3   Filed 09/21/17   Page 18 of 20   PageID #: 500

© 2012 Microsoft Corporation. All rights reserved. Microsoft, Windows, Windows Vista and other product names are or may be registered trademarks and/or trademarks in the U.S. and/or other countries.
The information herein is for informational purposes only and represents the current view of Microsoft Corporation as of the date of this presentation. Because Microsoft must respond to changing market conditions, it should not be interpreted to be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information provided after the date of this presentation. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.



