Exhibit C



# TechEd
## Europe 2014

# Big Compute in the Cloud with High Performance Computing on Azure

DBI-B216

Mark Scurrell


Microsoft

# What is Big Compute and HPC?

## Example Scenarios:

Media transcoding
Rendering
Image analysis & processing
Builds
Test execution
Fluid dynamics
Monte Carlo simulations
Engineering stress analysis



Many individual tasks

Tasks assigned to VM's

Independent or coupled tasks

# Why Use Azure for Big Compute?

## For existing scenarios:



managed



scale



elastic



pay for use

## New possibilities:



- Small organizations with no on-premises servers



- Cloud-only scale
- 100'000s of VM's
- Do things not previously possible

Case 3:17-cv-00184-HSM-CCS    Document 31-4    Filed 09/21/17    Page 4 of 27    PageID #: 506

# Business Use Case

## RiskAgility FM 

TOWERS WATSON

Case 3:17-cv-00184-HSM-CCS   Document 31-4   Filed 09/21/17   Page 5 of 27   PageID #: 507

# Big Compute Evolution

**HPC Pack**
**On-Premises**

- On-premises clusters
- Ability to scale to reduce runtimes
- Job scheduling and mgmt via head node
- Reliability



**HPC Pack**
**Hybrid**

- Run on-premises, in cloud, or both
- Reduced infrastructure - use cloud for peaks
- Flexibility to manage job run times



**HPC Pack**
**IaaS**

- All cloud
- Flexible configuration
- Flexible data management
- Reduced infrastructure
- Still manually deploy and manage  VM's



**Azure Batch**
**PaaS**

- All cloud
- Easy to use
- No deployment or management
- Cater for small to very large customers
- Complete elasticity with auto-scale
- Improved control over Pay-for-use



# RiskAgility FM 





**Azure Batch**

- RiskAgility FM :
  - Designed for Actuaries to develop and run models to manage risk and safeguard solvency with a primary focus on the life insurance industry
  - Projection system to model asset and liability cashflows over the term of policies

- Azure Batch Usage:
  - Large scale deployments without infrastructure
  - Auto-scale to meet demand (reduced costs and administration)
  - Opens up grid computing to smaller clients
  - Lightweight REST interface and wrapper API

Demo:

RiskAgility FM 

Case 3:17-cv-00184-HSM-CCS   Document 31-4   Filed 09/21/17   Page 8 of 27   PageID #: 510

# Azure Compute



User Application or Service

Get and Manage VM's

Install Task Applications

Manage and Authenticate Users

Start the tasks

Task failure? Task frozen?

Queue tasks

Move task input and output

Scale up and down

PaaS Cloud Services

IaaS Virtual Machines

Hardware

- Significant amount of infrastructure

- IaaS or PaaS
- Standard and custom images
- Windows or Linux

- Commodity to high-performance
- Small to huge
- RDMA network for tightly coupled tasks

# HPC Pack: On-Premises and Hybrid Big Compute



On-premises head node and clusters + cloud clusters



On-premises head node and clusters



Head node in Virtual Machines + cloud clusters

# Azure Batch - Add Big Compute to a service



**Service**

## Azure Batch

VM Management & Job Scheduling

- Foundational batch processing platform
- Avoid building infrastructure

PaaS
Cloud Services

IaaS
Virtual Machines

Hardware

# Azure Batch

## Caller:

Specify and configure the VM's

Supply the task applications and files

Provide the command lines

Optionally specifies a schedule for recurring work

## Service provides:

Get and manage the VM's

Copy files between Azure Storage and VM's

Allocate and run tasks on available VM's

Queue work until VM's are available

Manual or automatic scale up and down

Handle errors; e.g. re-queue on VM or application failure; kill frozen application

Monitoring information



# Demo:
# Building a service using
# Azure Batch

Case 3:17-cv-00184-HSM-CCS   Document 31-4   Filed 09/21/17   Page 13 of 27   PageID #: 515

# Use Case – Azure Media Services



**Azure Media Services:**
- Media transcoding platform service
- Media-focused UI, API, pricing, SLA, etc.
- Uses Batch for all transcodes
- Supplies the transcoding applications
- Hides the VM's

**Azure Batch Usage:**
- Long-term pool of VM's with transcoding applications installed
- Pool scaled by Media Services according to load

# Use Case – Software Test Service



Test Execution Service

Azure Batch

- Test Execution Service:
  - Engineers submit test suites for execution
  - Used for many Azure services

- Azure Batch:
  - Pool of VM's created for each test suite
  - Test suite is completely custom application
  - Pool auto-scaled according to queue size
  - Spread across multiple regions with multiple Batch accounts

# Azure Batch - Cloud-enable applications



User Application or Service

## Azure Batch

App Lifecycle, Data Movement,
User Management & Auth,
Quotas & Budget, Client Plug-in's

VM Management & Job Scheduling

Cloud-enable applications, made available as SaaS:
- Not producing a service
- Higher-level set of capabilities
- Minimizes required Azure knowledge

PaaS
Cloud Services

IaaS
Virtual Machines

Hardware

# Overview

## End-User



- Submit jobs via plug-in
- Sync data
- Monitor via plug-in and/or portal

## Developer



| Client Plug-in |
| :---: |
| Application and Files |
| Job Splitter Task Processor |

Use Batch SDK to cloud-enable & upload the app

**Azure Batch**

**Azure Storage**

## Ops / Admin




- User & group mgmt.
- Permissions
- Job & VM monitoring
- Usage reporting
- Quota mgmt.
- Troubleshooting



# Demo:
# Cloud-Enabling Applications with Azure Batch

# Use Case – Animated Feature Film Rendering



- PROAN Entertainment – 'Pepito – La Película'
  - 90 minute 3D animated feature film
  - Would have taken over 13 years to render using existing on-premises cluster
  - Rendered entirely in Azure using Blender in about 3 months

# Related Azure Services

## Batch
- Large-scale application execution - 1000's of VM's, millions of tasks
- Existing or new applications, no special API required
- Invoke via command line
- On-demand or recurring work

## Scheduler
- Recurring invocation of services via HTTP or Storage Queues
- Services actually execute the work
- Standalone service and embedded in Websites and Mobile Services

## WebJobs
- Small-scale execution of work within context of web site
- WebJobs SDK simplifies app development
- Now GA!

## Mobile Services Scheduled Job
- Small-scale execution of work within context of Mobile Services

## HDInsight
- Managed Hadoop as a Service for processing Big Data
- Built on the Hadoop ecosystem: Hive Hbase, Storm, Mahout and more
- Leverages Azure Storage for data storage

## Automation
- Scheduled execution of runbooks to automate end to end processes across Azure and 3rd party services
- Built on PowerShell Workflow so you can write your own PowerShell modules or use existing modules

## Worker Roles Virtual Machines
- Full control, but most work

Case 3:17-cv-00184-HSM-CCS   Document 31-4   Filed 05/11/18   Page 20 of 27   PageID #: 522

# Summary

Azure makes HPC and large-scale compute more broadly accessible, radically easier, and more cost-effective

## Comprehensive set of capabilities:

Enterprise ready infrastructure

Choice of VM's - commodity to high-performance

IaaS and PaaS, Windows and Linux

On-premises, hybrid, and cloud-only

Azure Batch Preview now available providing job scheduling as-a-service!

# Related content

- Find Me Later At. . .
  - Ask The Experts
  - Azure booth

# DBI Track resources

⊙ 27 Hands on Labs + 8 Instructor Led Labs in Hall 7

⊙ Free SQL Server 2014 Technical Overview e-book

microsoft.com/sqlserver and Amazon Kindle Store

⊙ Free online training at Microsoft Virtual Academy

microsoftvirtualacademy.com

⊙ Try new Azure data services previews!

Azure Machine Learning, DocumentDB, and Stream Analytics

# Resources



## Learning


Sessions on Demand
http://channel9.msdn.com/Events/TechEd


Microsoft Certification & Training Resources
www.microsoft.com/learning

## TechNet

## Developer Network


Resources for IT Professionals
http://microsoft.com/technet


http://developer.microsoft.com

# Please Complete An Evaluation Form
## Your input is important!

### TechEd Schedule Builder
CommNet station or PC



### TechEd Mobile app
Phone or Tablet



### QR code



Case 3:17-cv-00184-HSM-CCS   Document 81-4   Filed 09/21/17   Page 25 of 27   PageID #: 529

# Evaluate this session







© 2014 Microsoft Corporation. All rights reserved. Microsoft, Windows, and other product names are or may be registered trademarks and/or trademarks in the U.S. and/or other countries.
The information herein is for informational purposes only and represents the current view of Microsoft Corporation as of the date of this presentation.  Because Microsoft must respond to changing market conditions, it should not be interpreted to be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information provided after the date of this presentation.  MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.