UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION, *et al.*, </br></br>*Plaintiffs*, </br></br>v. </br></br>AMAZON.COM, INC., *et al.*, </br></br>*Defendants*. | Case No. 3:17-cv-181 </br></br>Judge Mattice </br>Magistrate Judge Shirley |
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION, *et al.*, </br></br>*Plaintiffs*, </br></br>v. </br></br>MICROSOFT CORPORATION, </br></br>*Defendant*. | Case No. 3:17-cv-184 </br></br>Judge Mattice </br>Magistrate Judge Shirley |
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION, *et al.*, </br></br>*Plaintiffs*, </br></br>v. </br></br>HEWLET PACKARD ENTERPRISE COMPANY, *et al.*, </br></br>*Defendants*. | Case No. 3:17-cv-185 </br></br>Judge Mattice </br></br>Magistrate Judge Shirley |
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION, *et al.*, </br></br>*Plaintiffs*, </br></br>v. </br></br>ORACLE AMERICA, INC., </br></br>*Defendant*. | Case No. 3:17-cv-186 </br></br>Judge Mattice </br>Magistrate Judge Shirley |

| | |
|---|---|
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION, *et al.*, <br><br>*Plaintiffs*, <br><br>v. <br><br>SAP AMERICA, INC.*, et al.*, <br><br>*Defendants*. | Case No. 3:17-cv-187 <br><br>Judge Mattice <br>Magistrate Judge Shirley |
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION, *et al.*, <br><br>*Plaintiffs*, <br><br>v. <br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION*,* <br><br>*Defendant*. | Case No. 3:17-cv-193 <br><br>Judge Mattice <br><br>Magistrate Judge Shirley |
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION, *et al.*, <br><br>*Plaintiffs*, <br><br>v. <br><br>TERADATA OPERATIONS, INC.*,* <br><br>*Defendant*. | Case No. 3:17-cv-194 <br><br>Judge Mattice <br>Magistrate Judge Shirley |

## **ORDER**

On the October 13, 2017, this Court received notice that the parties had settled all claims in the above-captioned actions. Accordingly, the October 17, 2017 consolidated case-management conference date is hereby **CANCELED**.

It is hereby **ORDERED** that the parties shall file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) no later than **November 3,**

**2017**. The parties are **ON NOTICE** that, if no stipulation of dismissal is filed on or before the date specified in this Order, the Court will dismiss this action with prejudice pursuant to Rule 41(b) and Eastern District of Tennessee Local Rule 68.1.

**SO ORDERED** this 13th day of October, 2017.

                                      */s/ Harry S. Mattice, Jr.*
                                  HARRY S. MATTICE, JR.
                                  UNITED STATES DISTRICT JUDGE